UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:24-mj-00774-UA

---

UNITED STATES OF AMERICA,
Plaintiff,

v.

TYRONE PERRY,
Defendant.

---

# PRO SE MOTION TO SUPPRESS ILLEGALLY OBTAINED EVIDENCE

**TO THE HONORABLE COURT:**

I, Tyrone Perry, the Defendant in the above-captioned matter, respectfully submit this Pro Se Motion to Suppress all evidence obtained as a result of an unconstitutional search and seizure in violation of my Fourth Amendment rights. As grounds for this motion, I state as follows:

---

## I. BACKGROUND

On or about February 8, 2024, I was sitting in a legally parked vehicle with the engine running to stay warm. NYPD officers approached without probable cause or reasonable suspicion, citing a temporary Georgia license plate and tinted windows as justification for the stop.

I was arrested for allegedly operating a vehicle with a suspended license, although I was not driving or in active operation of the vehicle at the time. After placing me in custody, officers proceeded to conduct a warrantless search of the vehicle. During this search, they discovered a firearm inside the glovebox and a bag containing a controlled substance in the front passenger seat.

The vehicle in question was not registered to me, and I was already detained and unable to access the interior of the car at the time of the search.

---

## II. LEGAL ARGUMENT

### A. The Stop Was Unconstitutional

The initial stop lacked reasonable articulable suspicion as required under *Delaware v. Prouse*, 440 U.S. 648 (1979). Officers relied on generalized characteristics—temporary tags and window tinting—that do not, in themselves, justify a stop without specific suspicion of criminal activity. This renders the stop unlawful under the Fourth Amendment.

### B. The Search Violated Established Fourth Amendment Law

The warrantless search of the vehicle conducted after I was in custody and without a warrant, consent, or exigent circumstances is clearly prohibited by *Arizona v. Gant*, 556 U.S. 332 (2009). Under *Gant*, law enforcement may only search a vehicle incident to arrest if:

1. The arrestee is within reaching distance of the vehicle at the time of the search, or
2. It is reasonable to believe the vehicle contains evidence relevant to the crime of arrest.

Neither condition was satisfied. I was handcuffed and in custody, away from the vehicle, and the offense for which I was arrested (alleged license suspension) is unrelated to any evidence located in the vehicle.

Therefore, the search was unlawful and any evidence obtained must be excluded under the exclusionary rule as articulated in:

- *Mapp v. Ohio*, 367 U.S. 643 (1961) (unlawful searches violate due process and require suppression of evidence), and
- *Wong Sun v. United States*, 371 U.S. 471 (1963) (evidence obtained from illegal government action is inadmissible as "fruit of the poisonous tree").

## III. REQUEST FOR RELIEF

For the foregoing reasons, I respectfully request that this Court suppress all evidence obtained during the search of the vehicle on February 8, 2024, including but not limited to the firearm and the controlled substances. These items were seized in violation of my constitutional rights and must be excluded from the government's case-in-chief.

**Respectfully submitted,**

**Sign here:** _/s/ Tyrone Perry_
**Tyrone Perry, Pro Se**
Register Number: 12600-506
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

**Dated:** March 22, 2025

**CERTIFICATE OF SERVICE**
Case No. 1:24-mj-00774-UA
**United States v. Tyrone Perry**

I, Tyrone Perry, hereby certify that on this 22-day of March, 2025, I caused a true and correct copy of the following Pro Se motions to be served by U.S. Mail upon the United States Attorney's Office for the Southern District of New York:

- Motion to Appoint New Counsel
- Motion to Dismiss for Speedy Trial Violations
- Motion to Suppress Illegally Obtained Evidence
- Motion to Remove Career Offender Enhancement
- Motion for Bail Based on Unconstitutional Conditions (separate one specifically at MDC)

**Served by Mail to:**
United States Attorney's Office
Southern District of New York
Attn: Criminal Division
One St. Andrew's Plaza
New York, NY 10007

This filing is submitted Pro Se by the Defendant.

Respectfully submitted,

**Sign here:** _____
Tyrone Perry, Pro Se
Register Number: 12600-506
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

**Dated:** 3/22/25